AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

**SEALED**
**BY ORDER OF THE COURT**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sept 10, 2025  11:55 AM
Lucy H. Carrillo, Clerk of Court

United States of America
v.
CARRINGTON CARR

       *Defendant(s)*

)
)
)
)
)
)
)

Case No.
    MJ 25-01177-KJM

**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __at least June - August 2025__ in the county of __Hawaii__ in the __--__ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and 18 U.S.C. § 2252A(a)(5)(B) | Possession, distribution, and receipt of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Leigh Jackson
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: September 10, 2025

City and state: Honolulu, Hawaii



_____
Kenneth J. Mansfield
United States Magistrate Judge

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Emails:    Barbara.Eucker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CASE NO. MJ25-01177-KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| CARRINGTON CARR, | ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Leigh Jackson, after being duly sworn telephonically, depose and state as follows:

1. This affidavit is submitted for the purpose of establishing probable cause to believe that from at least June 2025 to the present, in the District of Hawaii and elsewhere, Carrington Carr ("CARR") distributed, received, and

possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and 18 U.S.C. § 2252A(a)(5)(B), respectively.

    2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and assigned to the FBI's Honolulu Field Office. I have been employed by the FBI since August 2010, and have served in the Honolulu Field Office since July 2022. Prior to Honolulu, I served at the FBI's Jacksonville Field Office, Miami Field Office, San Juan Field Office, and San Antonio Field Office. Throughout my service as a Special Agent, I have primarily been assigned to the Counterterrorism Squad where I have been the Case Agent for and participated in numerous investigations involving allegations of terrorism-related offenses. I also have experience investigating and supporting child sexual exploitation matters. Since approximately February 2019, I have been a member of the Evidence Response Teams (ERT), a team specialized in the collection, preservation, and processing of evidence pursuant to search warrants. I have served on ERT in the Jacksonville and Honolulu Field Offices. In performance of my duties, I have been involved in the execution of search warrants of residences relating to the solicitation, production, receipt, distribution, possession of, and access with intent to view child pornography. I also assisted in the collection of evidence of these search warrants. Additionally, from approximately January 2021 to July 2022 while at to the Jacksonville Field Office, I was assigned to the Violent Crime Squad where I investigated child exploitation matters. I also worked with experienced Special

Agents who also investigated child exploitation matters, where I assisted in the prosecution of cases involving these offenses. I have also assisted the Violent Crime Squad in the Honolulu Field Office, investigating child sexual exploitation matters. Prior to joining the FBI, I was employed as a Commissioned Officer in the United States Coast Guard for approximately four years. I hold Bachelor's Degrees in Criminal Justice and Psychology. I have also received law enforcement training from the FBI Academy in Quantico, Virginia.

3.     I have observed and reviewed numerous examples of child pornography in various forms of media including digital media. As a result of my experience and training, I am familiar with the common practices of individuals and organizations involved in the possession and/or distribution of child pornography. I have also spoken with Special Agents who have extensive experience in child sexual exploitation investigations. Combined, these agents have participated in hundreds of child sexual exploitation investigations. These agents have frequently imparted to me the substance of their child exploitation investigations.

4.     The facts and information contained in this affidavit are based on my personal involvement in this investigation, personal knowledge and observations, my review of records and documents obtained during this investigation, and information received from other individuals, including analysts and other law enforcement officers, as well as my training and experience. Because this affidavit

is submitted for the limited purpose of establishing probable cause to obtain a criminal complaint, it does not set forth each and every fact known by me or the United States.

## PROBABLE CAUSE

### *Investigation of CyberTip 1*

5.  In July 2025, FBI Honolulu began investigating a CyberTip filed by Kik (CyberTip No. 214725798, hereinafter "CyberTip 1"). CyberTip 1 and the supporting documentation indicated that the account associated with "Kik User A" shared three videos with other Kik users via Kik's private chat message feature.

6.  On August 5, 2025, FBI Honolulu downloaded returns from Kik pursuant to a federal search warrant for Kik User A. Those returns included documentation reflecting that, on or about June 16, 2025, Kik User A sent the three videos flagged by CyberTip 1 to Kik user "carrcool25_rj7[1]" ("SUBJECT ACCOUNT 1").

7.  I viewed the three video files and determined that each of the files depicted child pornography, also known as child sexual abuse material ("CSAM"). The following is the information and a description of the video files from CyberTip 1 (sent from Kik User A to SUBJECT ACCOUNT 1 on or about June 16, 2025):

---

[1] The "_rj7" is added by Kik for their records. To Kik users, the name is simply displayed as "carrcool25".

- IP Address (from which the three videos were uploaded) according to Kik/MediaLab: 174.202.6.72 (Port: 8265)

- <u>Filename 1</u>: 688887c8-b303-432f-b465-617c0dd7f6e4.mp4 (hereinafter "**VIDEO A**")
    - Date and Time of Upload: 06-16-2025 10:43:18 UTC
    - Description by undersigned: This is an approximately 1 minute and 58 second video of a minor female approximately 8-13 years old, based on lack of pubic hair, lack of hip development, and overall body and facial appearance. She is sitting on top of what appears to be a minor male while he penetrates her. His age is hard to determine because you only see a small portion of his body and penis. Cartoons are playing on a TV on the wall in the background.

- <u>Filename 2</u>: 2daff637-5e2b-4771-8c72-c2a02404edb6.mp4 (hereinafter "**VIDEO B**")
    - Date and Time of Upload: 06-16-2025 10:44:51 UTC
    - Description by the undersigned: This is an approximately 1 minute and 57 second video that appears to be a continuation of the file described above (688887c8-b303-432f-b465-617c0dd7f6e4.mp4). The same minor female, approximately 8-13 years old, is still being penetrated by the minor male. The

minor female takes the camera and films a close up of their genitals while the penis is inside her vagina. She then puts the camera back down and they continue.

- <u>Filename 3</u>: 48f9075a-e2a5-4d9a-a694-99f19eef9e26.mp4 (hereinafter "**VIDEO C**")

  o Date and Time of Upload: 06-16-2025 10:48:55 UTC

  o Description by the undesigned: This is an approximately 1 minute and 59 second video of what appears to be a minor male approximately 13-16 years old based on his genitals, lack of pubic hair, and a partial glimpse of his face, penetrating the vagina of a female, age undeterminable because all you see is her buttocks and vagina. There is another person filming and you can hear laughter in the background. Another pair of hands holds the girl's butt cheeks apart so they can zoom in on her vagina. The vagina has no pubic hair and appears to be that of a minor. There is at least one other person in the video.

8. Pursuant to the August 1, 2025 search warrant, Kik also provided chat content. Review of the chat content revealed the following excerpt of a conversation between Kik User A and SUBJECT ACCOUNT 1 that occurred on or about June 16, 2025:

**SUBJECT ACCOUNT 1**: You have young kids videos babe

6

Kik User A: Yeah hbu

**SUBJECT ACCOUNT 1**: I don't[2]

Kik User A: Why not babe

**SUBJECT ACCOUNT 1**: I don't know

Kik User A: Tell me something really naughty you did infront one

**SUBJECT ACCOUNT 1**: Do what

Kik User A: Did infront a kid

**SUBJECT ACCOUNT 1**: Oh no

Kik User A: No what babe

**SUBJECT ACCOUNT 1**: I didn't do anything infront of a kid

Kik User A: Do you want to

**SUBJECT ACCOUNT 1**: Kinda

Kik User A: Or something with one

**SUBJECT ACCOUNT 1**: Both

Kik User A: What if your dick to big for them daddy would you keep fucking them as they scream or cry

**SUBJECT ACCOUNT 1**: Yeah

Kik User A: Tell me what you wanna do with one babe

**SUBJECT ACCOUNT 1**: I'm I want them to grab my cock and jerk it while I touch them

Kik User A: Who do you want to do it as you touch them babe some one you know

**SUBJECT ACCOUNT 1**: Kinda

---

[2] These types of character patterns are likely emojis on Kik's messaging platform that did not translate over as such in the data provided to law enforcement.

7

**SUBJECT ACCOUNT 1**: Maybe my cousin neice [sic]

Kik User A: Your little cousin and niece

**SUBJECT ACCOUNT 1**: Yeah

Kik User A: How old are they babe

**SUBJECT ACCOUNT 1**: Idk babe

**SUBJECT ACCOUNT 1**: Damm

Kik User A: Like are they under 5

**SUBJECT ACCOUNT 1**: Idk

Kik User A: Are you scared to tell

**SUBJECT ACCOUNT 1**: No I just don't know there age babe

Kik User A: They in elementary school or not in school yetv

**SUBJECT ACCOUNT 1**: My niece is in elementary and cousin is pau school

Kik User A: You been naughty and spied on your niece babe

**SUBJECT ACCOUNT 1**: No

Kik User A: Do you wanna

**SUBJECT ACCOUNT 1**: Yeah

Kik User A: What you wanna do to her

**SUBJECT ACCOUNT 1**: Touch her pussy and ass

Kik User A: Do you wanna have her just stroke you or do you wanna force your big cock in her little pussy

**SUBJECT ACCOUNT 1**: Just stroke

Kik User A: You ever stroke thinking of her

**SUBJECT ACCOUNT 1**: Yeah

**SUBJECT ACCOUNT 1**: I do

8

Kik User A: Ever stroked next to her sleeping

**SUBJECT ACCOUNT 1**: No I want to tho

Kik User A: When you wanna

Kik User A: Have you tried to touch her slowly babe

**SUBJECT ACCOUNT 1**: No

Kik User A: Maybe daddy gotta jerk and nut on her panty next time

**SUBJECT ACCOUNT 1**: Maybe

Kik User A: Would you fuck a little boy

**SUBJECT ACCOUNT 1**: Not really but can

Kik User A: You only like pussy then

**SUBJECT ACCOUNT 1**: Yeah

Kik User A: What about me

**SUBJECT ACCOUNT 1**: Ill still fuck you babe

Kik User A: Would you let me fuck her

**SUBJECT ACCOUNT 1**: Can

Kik User A: While you have her suck you babe

**SUBJECT ACCOUNT 1**: Yea

Kik User A: Would your sister get mad if we did that to your niece

**SUBJECT ACCOUNT 1**: Idk

## *Identification of SUBJECT*

9. According to the Kik search warrant returns for Kik User A, SUBJECT ACCOUNT 1 was associated with IP address 24.165.9.220

9

("hereinafter SUBJECT IP ADDRESS"), which resolves to Hilo, Hawaii. The internet service provider ("ISP") was listed as Charter Communications Inc.

10. Charter Communications Inc. provided information about the SUBJECT IP ADDRESS (24.165.9.220) pursuant to an Administrative Subpoena. The following information was revealed:

- Subscriber Name: CARRINGTON CARR

- Service Address: [XXXXX], Hilo, HI 96720-5588 ["SERVICE ADDRESS"]

- User Name or Features: Packers1108@[XXXX]; djcsound1@[XXXX]

- Phone Number: 702-349-[XXXX]

11. Criminal history checks for CARR revealed that CARR was arrested by the Weber County Sheriff in Utah on July 12, 2024, for four counts of Aggravated Sexual Exploitation of a Minor and two counts of Dealing in Materials Harmful to Minor. The final disposition, dated January 15, 2025, revealed the charges were "Dismissed Without Prejudice."

12. On August 12, 2025, the FBI executed Federal Search Warrants MJ 25-01032 WRP and MJ 25-01040 WRP on the SERVICE ADDRESS and person of CARR.

13. During an on-site interview, CARR advised, among other things, the following[3]:

 a. His full name is "Carrington De'John Kealoha Carr" and his date of birth is 11/XX/1999. He lives with his mother ("MALUO"),[4] and MALUO's boyfriend.

 b. CARR currently uses an iPhone 15 ("DEVICE").

 c. CARR pays for the internet at the house, and connects his cell phone to the internet via Wi-Fi. He stated that the Internet at the home is password protected, such that it is not accessible to people without the password. He referred to himself as the "electronics guy" because he knows about phones and computers.

---

[3] According to Utah authorities, with respect to his July 12, 2024 arrest, CARR was determined to be not competent to stand trial and not restorable, following an approximately 2-hour long evaluation. MALUO reported that CARR was on an Individualized Educational Plan ("IEP") in school because he had trouble with reading, writing, and comprehension. MALUO further advised CARR to have an IQ of 60. During the voluntary FBI interview of CARR, he spoke clearly and fluently, without any assistance, and appeared to both understand and appropriately respond.

[4] MALUO told FBI Agents that CARR got a new cell phone a few months ago. The account is under MALUO's name. She helped CARR set up his new device and they created email address jesus1soundguy@[XXX] together. MALUO has access to CARR's email account to monitor CARR's communications. She stated that she does not have access to any applications on CARR's phone nor knows how to use them or monitor them.

11

      d.    CARR initially denied using Kik and SUBJECT ACCOUNT 1, as well as knowledge of the Kik conversation that occurred between Kik User A and SUBJECT ACCOUNT 1. Upon further questioning by FBI Agents, CARR admitted recognizing the Kik conversation with Kik User A and further stated that he was the user of SUBJECT ACCOUNT 1.[5] He denied sharing or sending child pornography. CARR stated that he does not have a sexual interest in children.

14.    FBI Honolulu conducted a preliminary review of the DEVICE seized from CARR's person and observed the following:

      a.    Apple account within the settings of the DEVICE that listed "Carrington Carr" and email address jesus1soundguy@[XXX].

      b.    Images on the DEVICE that included at least two selfie-style images of CARR and another image that appeared to be a screen shot of an undetermined mobile messaging application. In the latter image, an age difficult female was leaning back against a wall in what appeared to be a bedroom. The same image contains what appears to be various usernames including "carrcool25"[6] with a profile picture identifiable as CARR.

---

[5] MALUO told FBI Agents that CARR doesn't use her cell phone nor does she use CARR's cell phone. MALUO was unfamiliar with Kik and doesn't know any of CARR's Kik account information. After FBI Agents showed MALUO the Kik conversation that occurred between Kik User A and SUBJECT ACCOUNT 1, MALUO identified SUBJECT ACCOUNT 1 as likely belonging to CARR.
[6] The username "carrcool25" is identical to the username associated with

c. I determined that at least five video files within the "Photos" of the DEVICE depicted child pornography. I also determined that three of those files were identical in content to the three videos from CyberTip 1, described above, namely, VIDEO A, VIDEO B, and VIDEO C.

***Federal Search Warrant Returns – SUBJECT ACCOUNT 1***

15. On or about September 4, 2025, FBI Honolulu reviewed returns from Kik pursuant to Federal Search Warrant MJ 25-01096 WRP, served on August 29, 2025 for Kik accounts that included SUBJECT ACCOUNT 1. Within the returns, Kik provided chat content. Review of the chat content revealed the following excerpt of a conversation between SUBJECT ACCOUNT 1 and "Kik User B" that occurred on or about July 5, 2025:

**SUBJECT ACCOUNT 1**: Hey

Kik User B: Howdy

**SUBJECT ACCOUNT 1**: Good you wanna trade anything

Kik User B: What you got?

**SUBJECT ACCOUNT 1**: What you got

**SUBJECT ACCOUNT 1**: You got little kid

> [*SUBJECT ACCOUNT 1 sends video file described further below as "Filename 4"*]

**SUBJECT ACCOUNT 1**: How young you have

---

SUBJECT ACCOUNT 1.

13

Kik User B: 10+

> [*SUBJECT ACCOUNT 1 sends video file described further below as "Filename 5"*]

**SUBJECT ACCOUNT 1**: Your turn

Kik User B: That's too young for me.

**SUBJECT ACCOUNT 1**: Oh really

Kik User B: That's a toddler.

**SUBJECT ACCOUNT 1**: Oh sorry

> [*SUBJECT ACCOUNT 1 sends video file described above as VIDEO C*]

**SUBJECT ACCOUNT 1**: You have any girls

Kik User B: No only into boys.

**SUBJECT ACCOUNT 1**: Is that all you have tho

Kik User B: No.

Kik User B: Oh yes. Sorry I don't have any girls.

**SUBJECT ACCOUNT 1**: How many videos you have

Kik User B: Quite a few and I can get more.

**SUBJECT ACCOUNT 1**: Where can you get more

Kik User B: Can't tell you that.

**SUBJECT ACCOUNT 1**: Why not

Kik User B: Because it's a private thing I have going.

**SUBJECT ACCOUNT 1**: Aww

14

**SUBJECT ACCOUNT 1**: Damm

16. A review of the chat conversation between SUBJECT ACCOUNT 1 and Kik User B revealed that SUBJECT ACCOUNT 1 sent three video files that I reviewed and determined depicted child pornography, also known as CSAM. One video included VIDEO C. The other two videos are further described below:

- Filename 4: b890f35f-768c-4eb6-b8ce-b89cc5d68550
    - Description by the undersigned: This is an approximately 59 second video of an approximate 9-15 year old minor male based on child-like facial features, lack of pubic hair, and overall body development fully nude on top of what appears to be an adult male. The adult male is fully nude. The minor male's buttocks is pressed against the adult male's genitalia. The adult male uses his hands to rub the minor male's body and penis.
    - IP Address (from which the video was sent) according to Kik/MediaLab: SUBJECT IP ADDRESS (24.165.9.220)
- Filename 5: 806a992e-5ff3-487c-8cce-bd6071525a4b
    - Description by the undersigned: This is an approximately 1 minute and 30 second video of an adult male using his finger to touch an approximate 4-9 year old minor male based on child-like facial features and diminutive body size. The adult male's erect penis is inserted into the minor male's mouth at the

15

beginning of the video. The adult male then inserts his erect penis into the minor male's anus.

- o IP Address (from which the video was sent) according to Kik/MediaLab: SUBJECT IP ADDRESS (24.165.9.220)

17. WHEREFORE, based on the aforementioned facts, I respectfully submit that there is probable cause that CARR distributed, received, and possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and 18 U.S.C. § 2252A(a)(5)(B), respectively.

Respectfully submitted,

LEIGH JACKSON
Special Agent
Federal Bureau of Investigations

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer on September 10, 2025.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2) on September 10, 2025, at Honolulu, Hawaii.



Kenneth J. Mansfield
United States Magistrate Judge

16